**CELTECH, INC., Plaintiff,**

v.

**The UNITED STATES, Defendant.**

**No. 644–89C.**

United States Claims Court.

March 16, 1992.

Richard Henderson, Mitchellville, Md., for plaintiff.

Stuart M. Gerson, Asst. Atty. Gen., David M. Cohen, Director, James M. Kinsella, Asst. Director, Authorized Representative of the Atty. Gen. and John Warshawsky, Trial Atty., Commercial Litigation Branch, Civ. Div., Dept. of Justice, Washington, D.C., for defendant.

## JUDGMENT

Pursuant to the court's order of March 13, 1992, granting the joint motion, filed March 4, 1992, to vacate the opinion of September 27, 1991, 24 Cl.Ct. 269, and stipulation for entry of judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff recover of and from the United States the sum of $47,000.00, with each party to bear its own costs, attorney fees, and expenses. No interest.